**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6405**

_____

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

MICHAEL ROBERT FEATHERSTUN, a/k/a Big Country, a/k/a Mike,

               Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (1:05-cr-00021-JCC-3)

_____

Submitted:  July 28, 2011          Decided:  August 2, 2011

_____

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Robert Featherstun, Appellant Pro Se.  Rebeca Hidalgo Bellows, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Robert Featherstun appeals the district court's order denying his Motion to Request Grand Jury Minutes. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Featherstun, No. 1:05-cr-00021-JCC-3 (E.D. Va. filed Mar. 10, 2011, and entered Mar. 11, 2011). We deny Featherstun's motion for appointment of counsel and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED